No. 781. PORTO RICO RAILWAY, LIGHT & POWER CO. *v.* PÉREZ.—Appeal from the District Court of San Juan, Section 2. Decided January 29, 1912. Appeal dismissed by stipulation of the parties. *Mr. Enrique Márquez* for appellants. *Mr. J. Henri Brown* for respondent.

---

No. 738. THE FAJARDO DEVELOPMENT CO. *v.* SUCCESSION OF MORFI.—Appeal from the District Court of Humacao. Decided February 2, 1912. Appeal withdrawn by appellants. *Messrs. Armstrong & Keith* and *Luis Muñoz Morales* for appellants. *Messrs. C. Travecier* and *Manuel Tous Soto* for respondents.

---

No. 747. QUESTEL *alias* CARRERAS, *v.* CONDE ET AL.—Appeal from the District Court of Ponce. Decided February 8, 1912. Appeal dismissed for noncompliance with rule 42 of this court. *Mr. Felipe Casalduc* for appellant. *Mr. Tomás Castillo* for respondents.

---

No. 404. THE PEOPLE *v.* LUCERO.—Appeal from the District Court of San Juan, Section 2. Decided February 8, 1912. Judgment affirmed. *Mr. Cayetano Coll y Cuchí* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

---

No. 409. THE PEOPLE *v.* CUADRA ET AL.—Appeal from the District Court of Humacao. Decided February 8, 1912. Judgment affirmed. The appellant did not appear. *Mr. Charles E. Foote, fiscal,* for respondents.

---

No. 408. THE PEOPLE *v.* CABALLERO.—Appeal from the District Court of San Juan, Section 2. Decided February 9, 1912. Judgment affirmed. The appellant did not appear. *Mr. Charles E. Foote, fiscal,* for respondent.